IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN L. YOUNG,

    Plaintiff,

v.                                  CASE NO. 4:07-cv-00041-MP-WCS

JOE NICHOLS, et al.,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division. The Magistrate Judge filed the Report and Recommendation on Thursday, February 8, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, the Plaintiff filed a consent to the Magistrate's recommendation to transfer this case. Doc. 8.

The Court agrees with the Magistrate that because all defendants are located in Georgia, and because all alleged events occurred there, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) is the United States District Court for the Northern District of Georgia, Atlanta Division. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 7, is adopted and incorporated by reference in this order;

2. The Clerk is directed to transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division, for all further proceedings.

**DONE AND ORDERED** this  *21st* day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
